**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6389**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARDY LAMONT ELLIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (2:00-cr-00084-JBF)

Submitted: April 27, 2006                  Decided: May 8, 2006

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mardy Lamont Ellis, Appellant Pro Se. Laura P. Tayman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mardy Lamont Ellis appeals the district court's order denying his "Motion to Request Amendment to PSR" and his "Motion for Leave of Court to Move Sentencing Judge to Reduce Sentence Pursuant to Federal Rules of Criminal Procedure (Rule 35) Substantial Assistance." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Ellis, No. 2:00-cr-00084-JBF (E.D. Va. filed Feb. 15, 2006; entered Feb. 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED